## HATHAWAY v. WERNER.

RULES OF SUPREME COURT: *Dismissal for non-compliance with.*

APPEAL from *Crittenden* Circuit Court in Chancery.

J. E. RIDDICK, Judge.

*O. P. Lyles*, for appellant.

PER CURIAM: The appellant has not complied with the rules by filing an abstract and briefs. The submission was inadvertently taken; it will be set aside and the appeal dismissed.

It is so ordered.